PS 38
(7/93)

# RELEASE STATUS REPORT TO THE COURT

DEFENDANT: Stephanie M. Johnson

DOCKET NO.: 3:17-cr-91-wmc-1

FOR: ☐ PLEA  ☒ TRIAL  ☐ SENTENCING
(SEE ATTACHED PRETRIAL SERVICES REPORT)

TO APPEAR ON: 04/09/2018

DISTRICT: Western District of Wisconsin

BEFORE JUDGE: Honorable William M. Conley

INITIAL APPEARANCE DATE: 10/12/2017

RELEASE DATE: 10/12/2017

MAGISTRATE JUDGE: Honorable Stephen L. Crocker

## CONDITIONS OF RELEASE:

☒ PRETRIAL SUPERVISION
☐ SEEK/MAINTAIN EMPLOYMENT
☐ SUBMIT TO COUNSELING AS DEEMED APPROPRIATE BY PRETRIAL SERVICES
☒ SURRENDER PASSPORT
☐ DO NOT OBTAIN PASSPORT
☐ REFRAIN FROM EXCESSIVE USE OF ALCOHOL OR ANY CONTROLLED SUBSTANCE
☐ LOCATION MONITORING PROGRAM

☐ DRUG/ALCOHOL MONITORING

☐ THIRD PARTY CUSTODY TO

☐ TRAVEL RESTRICTIONS

☒ OTHER
Defendant shall notify third parties, including her employer, her client, and the financial institutions with which she conducts business, of the pending federal charges and shall permit the pretrial services officer to make notifications and to confirm compliance with this condition.

DEFENDANT HAS MET CONDITIONS OF RELEASE    ☒ Yes    ☐ No

CONDITIONS OF RELEASE NOT MET AND THE ACTIVITIES OF THE OFFICER TO BRING THE DEFENDANT INTO COMPLIANCE:

On January 30, 3018, the undersigned officer met the defendant at her place of employment. The defendant cried on and off throughout the meeting and reported that she was struggling to process her anxiety regarding the pending federal prosecution, employment staffing deficiencies, and the welfare of her children. The defendant reported that her anxiety was impacting her ability to sleep. The defendant reported that she scheduled an appointment with her primary care physician to address her anxiety. The defendant does not have medical insurance coverage for mental health counseling.

On January 31, 2018, the defendant was asked to sign a Consent to Modify Conditions of Release form to modify the conditions of her pretrial release to include a mental health treatment condition to allow the U.S. Probation and Pretrial Services Office to provide contracted mental health services. On February 2, 2018, the defendant declined to sign the modification request stating that any contracted mental health services were not confidential and could be used against her in future court proceedings. The defendant further reported she would attend mental health counseling if she was forced to go, but she would not be honest with the mental health provider regarding her emotional health.

On February 9, 2018, Associate Federal Defender Peter Moyer confirmed that the defendant was not amenable to signing a modification to amend the defendant's pretrial release conditions to include a mental health treatment condition.

RECOMMENDATION:

We recommend that a summons be issued to return the defendant to court for a review hearing to address whether the defendant's pretrial release conditions should be modified to include a mental health treatment condition.

| February 14, 2018 | *Traci L. Jacobs* |
|---|---|
| DATE | U.S. PRETRIAL SERVICES OFFICER |