AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

United States of America )
v. )
)
) Case No. 0758 3:17CR00091-001
Stephanie M. Johnson )
)
_____ )
Defendant )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of Court

| Place: | 120 Norht Hery St., Madison, WI 53703 | Courtroom No.: | 460 |
| --- | --- | --- | --- |
| | | Date and Time: | 2/27/2018 at 3:00 PM |

This offense is briefly described as follows:
Request to the court to modify conditions of pretrial release.

Date: 2-15-18

_Issuing officer's signature_

STEPHEN E. CROCKER
_Printed name and title_

☐ Initial appearance is required

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_