PS 42
(Rev. 7/93)

# United States District Court

Western Wisconsin

United States of America            )
                                    )
            vs.                     )
                                    )
Stephanie M Johnson                 )    Case No. [0758 3:17CR00091]-[001]

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Stephanie M Johnson, have discussed with Traci L. Jacobs Pretrial Services/Probation Officer, modifications of my release conditions as follows:

In light of the defendant's ongoing mental health concerns, the defendant has agreed to forgo a review hearing and consent to a modification of the defendant's pretrial release conditions to include the following condition:

26. Defendant shall participate in mental health assessment, treatment, and counseling as approved and directed by Pretrial Services. Defendant shall follow all treatment directives and take any medication prescribed by defendant's treatment provider, as approved by Pretrial Services. Defendant shall waive any patient-provider privilege as to this process so that Pretrial Services may oversee it properly. Defendant is responsible for obtaining funding for any required treatment, counseling or medications, with assistance from Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modifications.

_[signed] Stephanie M Johnson_  2/26/18    _[signed] Traci L Jacobs_  2/26/18
Signature of Defendant        Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                                                 2/27/18
Signature of Defense Counsel                                                Date

☒ The above modification of conditions of release is ordered, to be effective on MARCH 1, 2018.
☐ The above modification of conditions of release is *not* ordered.

_[signed]_                                                                  3-1-18
Signature of Judicial Officer                                               Date